UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

```
_____
                                      )
SECURITIES AND EXCHANGE COMMISSION,   )
                Plaintiff,            )
                                      )
    v.                                )   C.A. No. 09-100 S
                                      )
LOCKE CAPITAL MANAGEMENT, INC. and    )
LEILA C. JENKINS,                     )
                Defendants.           )
_____)
```

**ORDER**

WILLIAM E. SMITH, United States District Judge.

Defendant Leila C. Jenkins moves for time to file a supplemental memorandum in support of her motion for summary judgment, requesting until November 30, 2010 to do so. Plaintiff Securities and Exchange Commission (the "Commission") filed a response not opposing the motion, but asking for the opportunity to respond to Jenkins' submission.

Jenkins's motion for leave to file a supplemental memorandum in support of her motion for summary judgment is GRANTED. She must file the supplemental memorandum no later than November 30, 2010. The Commission's motion to file a reply is similarly GRANTED. The reply must be filed by the Commission no later than December 14, 2010.

The Court would like to emphasize the importance of the efficient and fair resolution of this matter; accordingly, these deadlines are firm. The Court trusts that there will be no

further delay in the filing of these supplemental memoranda. Insofar as possible, discovery issues should be resolved between the parties without the Court's intervention.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date:  November 10, 2010